■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEM MORRIS, Appellant. [788 NYS2d 853]—

Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered November 6, 2002, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

Defendant's claim that he was denied a fair trial because of the court's questioning of witnesses is unpreserved (*People v Charleston*, 56 NY2d 886 [1982]), and we decline to review it in the interest of justice. Were we to review this claim, we would find that the court engaged in limited questioning for clarification purposes (*see People v Moulton*, 43 NY2d 944 [1978]), that it did not take on "either the function or appearance of an advocate" (*People v Arnold*, 98 NY2d 63, 67 [2002]) and that its participation did not convey to the jury any opinion on the merits or deprive defendant of a fair trial (*see People v Williams*, 309 AD2d 600 [2003], *lv denied* 1 NY3d 582 [2003]). Concur—Andrias, J.P., Saxe, Sullivan, Ellerin and Sweeny, JJ.